UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS MCLAIN, as Personal Representative
of the ESTATE OF ANTHONY GILHOUSE,

        Plaintiff,               Case No.  04-73744

v.                                             District Judge Nancy G. Edmunds
                                            Magistrate Judge R. Steven Whalen

SECURECARE, INC., et al.,

        Defendants.
_____/

**ORDER**

      For the reasons stated on the record on January 18, 2006, Plaintiff's Motion to Compel Answers to Interrogatories and Further Production of Documents [Docket #66] is GRANTED IN PART AND DISMISSED IN PART, as follows:

      1.  The motion to compel interrogatory answers is GRANTED, and Defendants shall submit answers to the interrogatories at issue within 21 days of the date of this Order.

      2.  Counsel for Defendant FIA having stated in open court that all requested organizational charts have been provided to Plaintiff, the motion to compel production is DISMISSED AS MOOT, with the proviso that discovery obligations are continuing, and any organizational charts which surface in the future shall be immediately disclosed to Plaintiff.

      SO ORDERED.

        S/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: January 19, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on January 19, 2006.

        S/Gina Wilson
        Judicial Assistant